

## NUMBER 13-16-00492-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

DAVID ALTON LEACH, JR.,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.

### On Appeal from the 139th District Court
### of Hidalgo County, Texas.

## ORDER OF ABATEMENT

**Before Chief Justice Valdez and Justices Rodriguez and Benavides**
**Order Per Curiam**

Appellant, Jesus Roberto Martinez, filed a notice of appeal with this Court from his conviction in trial court cause number CR-5101-15-C. The judgment signed on January 12, 2016 indicates sentence was imposed on January 12, 2016. Appellant's counsel has

filed a docketing statement that states sentence was imposed on June 2, 2016. The docket sheet reflects a hearing was held on June 2, 2016. According to the trial court clerk, the original judgment was signed by the trial court on January 12, 2016, but defendant was not sentenced at that time. Appellant filed a notice of appeal on June 23, 2016.

Accordingly, we now abate the appeal to the trial court for a determination regarding the date sentence was imposed. The trial court shall issue findings of fact and conclusions of law regarding the date that sentence was imposed, and, if the date shown on the judgment is incorrect, to reflect the change in a corrected judgment. These documents should be forwarded to the Clerk of this Court in a supplemental record within twenty-one days from the date of this order.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed this
the 21st day of October, 2016.